UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                         CR. NO. 05-80031-02
v.                        HONORABLE JOHN CORBETT O'MEARA

ANTONIO TAYLOR,

        Defendant.
_____/

**ORDER**

This matter having come before the Court upon the request of the Defendant and the Court being fully aware of the refusal of the Milan Detention Center, the institution housing Defendant, to allow a polygraph examiner or expert a visit without a Court Order;

**IT IS HEREBY ORDERED** that **Christopher Lanfear**, a polygraph examiner, be allowed to visit and test Defendant Taylor at the Milan Detention Center for purposes of conducting a polygraph examination of Defendant.

**IT IS THE FURTHER ORDER** of the Court that the polygraph examiner be permitted to bring the necessary items for testing.

**IT IS FURTHER THE ORDER** of the Court that Mr. Lanfear be allowed to examine Defendant in a private, confidential area, and that he be permitted to meet with him for the necessary time to conduct a competent evaluation.

**SO ORDERED**.

                                s/John Corbett O'Meara
                                John Corbett O'Meara
                                United States District Judge

Dated: March 27, 2006